**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      In re UV Logistics, LLC; UV Logistics, LLC d/b/a United Vision
                                    Logistics; United Vision Logistics f/k/a UV Logistics, LLC

Appellate case number:    01-23-00044-CV

Trial court case number:  2018-89001

Trial court:                     334th District Court of Harris County

On January 23, 2023, relators filed a petition for writ of mandamus challenging the trial court's order of December 16, 2022, to the extent it ordered the audio and video recording of the neuropsychological examinations to be performed by relators' expert, and the order of January 17, 2023, which denied relators' motion to reconsider the December 16, 2022 order. Relators also filed a motion for emergency relief to stay all proceedings in the trial court pending this Court's disposition of the petition.

On January 25, 2023, real parties in interest filed a response opposing the motion for stay. On January 26, 2023, relators filed a reply to the response.

After consideration of the motion for emergency relief and the responses, the Court **grants** the motion for emergency relief and **orders** all trial court proceedings in this case **stayed pending disposition of the petition for writ of mandamus by this Court.** *See* TEX. R. APP. P. 52.10(b).

The Court also requests real parties in interest to file a response to the petition for writ of mandamus **within 15 days of the date of this order**.

It is so ORDERED.


Judge's signature: _____/s/ Richard Hightower_____
                            ☑ Acting individually     ☐ Acting for the Court


Date: _____February 2, 2023_____